JEROME MASSEY v. HOUSING AUTHORITY OF THE CITY
OF NEWARK.

June 3, 1981.

Petition for certification denied.

LEIF E. ANDERSON v. EXXON COMPANY, U.S.A.

June 3, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. MAMOON RASHID KAHLON.

June 3, 1981.

Petition for certification denied.

BELTON RICHARD BLAKNEY v. THE KORMAN CORPORATION.

June 3, 1981.

Petition for certification denied.